No. 72–5190. WOMACK *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5191. GREGORY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 71–6679. ALMOND *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–148. ROTHMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.